UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BRUCE BEGG,

        Plaintiff,

    v.

TSG ENTERPRISES, LLC,

        Defendant.

Case No. 5:20-cv-04633-EJD

**ORDER DISMISSING ACTION**

On July 2, 2021, the parties informed the Court that they had settled the dispute between them. Dkt. No. 15. The Court issued an order to show cause requiring the parties to file a show cause response or stipulated dismissal by October 12, 2021 and to appear before the Court on October 21, 2021. Dkt. No. 16. The Court's order to show cause advised the parties that "[f]ailure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action." The parties did not file a show cause response or stipulated dismissal by the October 12, 2021 deadline.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Accordingly, the Court DISMISSES this action with prejudice pursuant to Rule 41(b).

The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: October 14, 2021

                                                       EDWARD J. DAVILA
                                                       United States District Judge

Case No.: 5:20-cv-04633-EJD
ORDER DISMISSING ACTION

1